184 So. 896

### STATE et al. v. J. H. WILLIAMS, Supt. of Banks, et al.

6 Div. 378.

Supreme Court of Alabama.

Dec. 8, 1938.

Rehearing Denied Dec. 22, 1938.

A. A. Carmichael, Atty. Gen., and Stokely, Scrivner, Dominick & Smith, of Birmingham, for appellants.

H. A. Burns, of Birmingham, for appellees.

PER CURIAM.

Affirmed on authority of State et al. v. Williams, Supt. of Banks, et al., Ala.Sup., 184 So. 895,[2] this day decided.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.